1  MCGREGOR W. SCOTT
2  United States Attorney
3  DEBORAH LEE STACHEL, CSBN 230138
   Regional Chief Counsel, Region IX
4  Social Security Administration
   GINA TOMASELLI, CSBN 267090
5  Special Assistant United States Attorney
6        160 Spear Street, Suite 800
         San Francisco, California 94105
7        Telephone: (415) 268-5602
         Facsimile: (415) 744-0134
8        E-Mail: Gina.Tomaselli@ssa.gov
9        Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

| | |
|---|---|
| TOMMIE W. FENTROY,<br><br>        Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:18-cv-01709-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between Tommie W. Fentroy (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of ten (10) days to file her Opposition to Plaintiff's Opening Brief. The current due date is December 21, 2018. The new date will be December 31, 2018. An extension of time is needed because the attorney responsible for briefing this case just returned from extended medical leave and is working only part-time. This request is made in good

faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: December 14, 2018

By: */s/ Cyrus Safa* *
CYRUS SAFA
Attorney for Plaintiff
(*As authorized by e-mail on December 14, 2018)

Date: December 14, 2018

MCGREGOR W. SCOTT
United States Attorney

*/s/ Gina Tomaselli*
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED.  IN LIGHT OF COURT HOLIDAY CLOSURES, DEFENDANT SHALL FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE JANUARY 2, 2019.

Dated:  December 19, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE